(78 South. 843)

No. 23088.

STATE v. MINION.

(May 27, 1918.)

*(Syllabus by the Court.)*

INTOXICATING LIQUORS &⇒150—RETAILING WITHOUT LICENSE—EVIDENCE.

One isolated sale of intoxicating liquor constitutes a violation of section 910, Rev. St., which penalizes the offense of retailing intoxicating liquors without previously obtaining a license.

Appeal from First Judicial District Court, Parish of Caddo; T. F. Bell, Judge.

Sam Minion was convicted of the statutory offense of retailing intoxicating liquors without a license, and he appeals. Affirmed.

Hugh C. Fisher, of Shreveport, for appellant. A. V. Coco, Atty. Gen., and L. C. Blanchard, Dist. Atty., of Shreveport (Vernon A. Coco, of New Orleans, of counsel), for the State.

LECHE, J. The accused appeals from a conviction, and alleges as error a ruling of the trial court, holding that "one isolated sale of intoxicating liquor constitutes a violation" of section 910 of the Revised Statutes. The statute says that whoever shall retail intoxicating liquors without previously obtaining a license, etc. That question was decided adversely to the contention of defendant, in State v. Green, 127 La. 832, 54 South. 45.

The judgment of the district court is affirmed.